585 A.2d 392
ROSE MARIE COWGILL v. CURTIS JAMES COWGILL.

October 10, 1990.

Petition for certification denied.

585 A.2d 392
CATHERINE LUTGEN v. CITY OF ASBURY PARK.

October 10, 1990.

Petition for certification denied.

585 A.2d 392
GLENPOINTE ASSOCIATES v. TOWNSHIP OF TEANECK.

October 10, 1990.

Petition for certification denied.  (See 241 *N.J.Super.* 37, 574 *A.*2d  459)

585 A.2d 392
GLENPOINTE ASSOCIATES v. TOWNSHIP OF TEANECK.

October 10, 1990.

Cross-petition for certification denied.  (See 241 *N.J.Super.* 37, 574 *A.*2d  459)